**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: William J. Singer            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-22310 GLT

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

To the Clerk:

    Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
03 Nov 2023, 12:52:15, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com