FILED
11/14/23 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. : 23-22310-GLT |
| WILLIAM J. SINGER | : | |
|     DEBTOR | : | CHAPTER 13 |
| | : | |
| WILLIAM J. SINGER | : | |
|     MOVANT | : | Related to Docket No. 10 |
| VS. | : | |
| | : | |
| NO RESPONDENTS | : | |

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES
AND CHAPTER 13 PLAN**

AND NOW, this ___ 14th Day of November ___, 2023, upon the Motion of the above named Debtor, praying for an extension of time within which to file his completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

ORDERED, ADJUDGED and DECREED that the time for the Debtor, William J. Singer, to file his completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan be and is hereby extended to and including November 28, 2023.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Michael C. Eisen

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William J. Singer  
    Debtor

Case No. 23-22310-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 1  
Date Rcvd: Nov 14, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William J. Singer, 1103 Liberty Ave, Natrona Heights, PA 15065-1418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com |
| Michael C. Eisen | on behalf of Debtor William J. Singer attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4