IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

IN RE:                              :
                                    :   CASE NO. 23-22310-GLT
WILLIAM J. SINGER                   :
                                    :   CHAPTER 13
         DEBTOR                     :
                                    :

PROOF OF INCOME

Filed on behalf of:
William J. Singer

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

AD Hawk Solutions, Inc.
10051 Dingman Rd
Guys Mills, PA 16327

| | |
|---|---|
| Hire Date: 4/1/2023 | W-4 Date: 3/21/2023 |
| Fed Status: Single | |
| Dep. Credit Adj.: 4000 | |
| Direct Deposit: | |
| Checking: | $1,830.61 |

William J Singer
1103 Liberty Ave
Natrona Heights, PA  15065

AD Hawk Solutions, Inc.    412-551-5612    FED. ID. NO:  47-3951222

| Employee Name | Emp. ID | Company: ADHawk | | Check No.  0 | P/P: 09/01/2023-09/15/2023 |
|---|---|---|---|---|---|
| William J Singer | | Group: | Loc.  002 | Dept: | Check Date:  09/15/2023 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Salary | | | 2,083.33 | 22,916.63 | Federal Tax | 4.92 | 54.12 |
| | | | | | Soc. Sec. Tax | 129.17 | 1,420.83 |
| | | | | | Medicare Tax | 30.21 | 332.29 |
| | | | | | PA State Tax | 63.96 | 703.56 |
| | | | | | Highlands SD Tax | 20.83 | 229.13 |
| | | | | | LST-Pittsburgh SD | 2.17 | 23.87 |
| | | | | | PA SUI | 1.46 | 16.06 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,083.33 | 2,083.33 | 252.72 | 1,830.61 |
| Year-To-Date | 22,916.63 | | DIRECT DEPOSIT | 1,830.61 |

AD Hawk Solutions, Inc.
10051 Dingman Rd
Guys Mills, PA 16327

| | |
|---|---|
| Hire Date: 4/1/2023 | W-4 Date: 3/21/2023 |
| Fed Status: Single | |
| Dep. Credit Adj.: 4000 | |
| Direct Deposit: | |
| Checking: | $1,830.62 |

William J Singer
1103 Liberty Ave
Natrona Heights, PA  15065

AD Hawk Solutions, Inc.                             412-551-5612                    FED. ID. NO:   47-3951222

| Employee Name | Emp. ID | Company: ADHawk | Check No. 0 | P/P: 08/16/2023-08/31/2023 |
|---|---|---|---|---|
| William J Singer | | Group:    Loc. 002    Dept: | | Check Date:   09/01/2023 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Salary | | | 2,083.33 | 20,833.30 | Federal Tax | 4.92 | 49.20 |
| | | | | | Soc. Sec. Tax | 129.16 | 1,291.66 |
| | | | | | Medicare Tax | 30.21 | 302.08 |
| | | | | | PA State Tax | 63.96 | 639.60 |
| | | | | | Highlands SD Tax | 20.83 | 208.30 |
| | | | | | LST-Pittsburgh SD | 2.17 | 21.70 |
| | | | | | PA SUI | 1.46 | 14.60 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,083.33 | 2,083.33 | 252.71 | 1,830.62 |
| Year-To-Date | 20,833.30 | | DIRECT DEPOSIT | 1,830.62 |

AD Hawk Solutions, Inc.
10051 Dingman Rd
Guys Mills, PA 16327

Hire Date: 4/1/2023
Fed Status: Single
Dep. Credit Adj.: 4000
Direct Deposit:
  Checking:                                    $1,830.62
W-4 Date: 3/21/2023

William J Singer
1103 Liberty Ave
Natrona Heights, PA  15065

AD Hawk Solutions, Inc.    412-551-5612    FED. ID. NO: 47-3951222

| Employee Name | Emp. ID | Company: ADHawk | Check No. 0 | P/P: 08/01/2023-08/15/2023 |
|---|---|---|---|---|
| William J Singer | | Group:    Loc. 002    Dept: | | Check Date: 08/15/2023 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Salary | | | 2,083.33 | 18,749.97 | Federal Tax | 4.92 | 44.28 |
| | | | | | Soc. Sec. Tax | 129.17 | 1,162.50 |
| | | | | | Medicare Tax | 30.20 | 271.87 |
| | | | | | PA State Tax | 63.96 | 575.64 |
| | | | | | Highlands SD Tax | 20.83 | 187.47 |
| | | | | | LST-Pittsburgh SD | 2.17 | 19.53 |
| | | | | | PA SUI | 1.46 | 13.14 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,083.33 | 2,083.33 | 252.71 | 1,830.62 |
| Year-To-Date | 18,749.97 | | DIRECT DEPOSIT | 1,830.62 |

AD Hawk Solutions, Inc.
10051 Dingman Rd
Guys Mills, PA 16327

| | |
|---|---|
| Hire Date: 4/1/2023 | W-4 Date: 3/21/2023 |
| Fed Status: Single | |
| Dep. Credit Adj.: 4000 | |
| Direct Deposit: | |
| Checking: | $1,830.62 |

William J Singer
1103 Liberty Ave
Natrona Heights, PA  15065

AD Hawk Solutions, Inc.         412-551-5612         FED. ID. NO:   47-3951222

| Employee Name | Emp. ID | Company: ADHawk | | Check No.  0 | P/P: 07/16/2023-07/31/2023 |
|---|---|---|---|---|---|
| William J Singer | | Group: | Loc.  002 | Dept: | Check Date:   08/01/2023 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Salary | | | 2,083.33 | 16,666.64 | Federal Tax | 4.92 | 39.36 |
| | | | | | Soc. Sec. Tax | 129.16 | 1,033.33 |
| | | | | | Medicare Tax | 30.21 | 241.67 |
| | | | | | PA State Tax | 63.96 | 511.68 |
| | | | | | Highlands SD Tax | 20.83 | 166.64 |
| | | | | | LST-Pittsburgh SD | 2.17 | 17.36 |
| | | | | | PA SUI | 1.46 | 11.68 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,083.33 | 2,083.33 | 252.71 | 1,830.62 |
| Year-To-Date | 16,666.64 | | DIRECT DEPOSIT | 1,830.62 |