IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 23-22310-GLT |
| William J. Singer | : | |
|    Debtor | : | Chapter 13 |
| _____ | : | |
| William J. Singer | : | |
|    Movant | : | Scheduled Hearing Date: |
| V. | : | February 14, 2024 at 10:00 a.m. |
| | : | |
| No Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL
### DOCKET NO. 22

     The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Employment of Special Counsel filed on January 5, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Employment of Special Counsel appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Employment of Special Counsel were to be filed and served no later than January 22, 2024.

     It is hereby requested that the Order attached to the Motion to Approve Employment of Special Counsel be entered by the Court.

Dated: January 23, 2024            By: /s/ Michael C. Eisen
                                                  Michael C. Eisen, Esquire
                                                  M. EISEN & ASSOCIATES, P.C.
                                                  404 McKnight Park Drive
                                                  Pittsburgh, PA 15237
                                                  412-367-6005
                                                  PA ID# 74523
                                                  attorneyeisen@yahoo.com