IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 23-22310-GLT |
| William J. Singer | : | |
|     Debtor | : | Chapter 13 |
| _____ | : | |
| William J. Singer | : | |
|     Movant | : | Related to Docket No. 29 |
| V. | : | |
| | : | |
| No Respondent | : | |

**<u>CERTIFICATE OF SERVICE OF THE ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL</u>**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 25, 2024

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  FIRST CLASS MAIL AND ELECTRONIC NOTIFICATION

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Office of the U.S. Trustee
Ste 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
Via electronic notification

Ronda J. Winnecour, Esq.
Ste 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
Via electronic notification

William Singer
1103 Liberty Ave
Natrona Heights, PA 15065
Via first class mail

Lois M. Vitti, Esq.
Vitti Law Group
663 Fifth Street
Oakmont, PA 15139
Via first class mail

ALL CREDITORS ON OFFICIAL MAILING MATRIX VIA FIRST CLASS MAIL

<u>January 25, 2024</u>                                           <u>/s/ Michael C. Eisen</u>
                                                                               Michael C. Eisen, Esquire
                                                                               PA ID#74523
                                                                               M. Eisen & Associates, P.C.
                                                                               404 McKnight Park Drive
                                                                               Pittsburgh, PA 15237
                                                                               412-367-9005
                                                                               attorneyeisen@yahoo.com