FILED
1/23/24 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 23-22310-GLT |
| William J. Singer | : | |
|    Debtor | : | Chapter 13 |
| _____ | : | |
| William J. Singer | : | |
|    Movant | : | Scheduled Hearing Date: |
| V. | : | February 14, 2024 at 10:00 a.m. |
| | : | Related to Docket No. 22 |
| No Respondent | : | |

**ORDER EMPLOYING SPECIAL COUNSEL FOR THE DEBTOR**

      AND NOW, this __23rd Day of January_____, 2024, upon consideration of the Debtor's **MOTION FOR APPROVAL OF EMPLOYMENT OF SPECIAL COUNSEL**, filed at docket number 22, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. The Application is approved as of the date the Application was filed.

2. Lois M. Vitti, Esquire, Vitti Law Group, 663 Fifth Street, Oakmont, PA 15139 is hereby appointed as Attorney(s) for the Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation, and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the clients, and awards in similar cases.

4. Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-referenced factors in

granting approval by Court Order.

5. **Applicant shall serve this Order on all interested parties and file a certificate of service.**

GREGORY L. TADDONIO
United States Bankruptcy Judge

# ENTERED BY DEFAULT

cc: Debtor
Counsel
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William J. Singer  
    Debtor

Case No. 23-22310-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Jan 23, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William J. Singer, 1103 Liberty Ave, Natrona Heights, PA 15065-1418 |
| sp | + Lois M. Vitti, Vitti Law Group, 663 Fifth Street, Oakmont, PA 15139-1505 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Michael C. Eisen | on behalf of Debtor William J. Singer attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2        User: auto        Page 2 of 2

Date Rcvd: Jan 23, 2024        Form ID: pdf900        Total Noticed: 2

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 6