IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. : 23-22310-GLT |
| WILLIAM J. SINGER | : | |
|     DEBTOR | : | CHAPTER 13 |
| _____ | : | |
| WILLIAM J. SINGER | : | |
|     MOVANT | : | |
| VS. | : | |
| | : | |
| SELECT PORTFOLIO SERVICING INC. | : | |
|     RESPONDENT | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION REQUESTING PERMISSION FOR LATE FILING OF ENTRY OF DEBTOR INTO
LOSS MITIGATION PROGRAM
DOCKET NO. 40**

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion Requesting Permission for Late Filing of Entry of Debtor into Loss Mitigation Program filed on April 1, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion Requesting Permission for Late Filing of Entry of Debtor into Loss Mitigation Program appears thereon. Pursuant to the Notice of Hearing, objections to the Motion Requesting Permission for Late Filing of Entry of Debtor into Loss Mitigation Program were to be filed and served no later than February 22, 2021.

    It is hereby requested that the Order attached to the Motion Requesting Permission for Late Filing of Entry of Debtor into Loss Mitigation Program be entered by the Court.

Dated: April 30, 2024                    By: /s/ Michael C. Eisen
                                                            Michael C. Eisen, Esquire
                                                            M. EISEN & ASSOCIATES, P.C.
                                                            404 McKnight Park Drive
                                                            Pittsburgh, PA 15237
                                                            412-367-6005
                                                            PA ID# 74523
                                                            attorneyeisen@yahoo.com