IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  WILLIAM J. SINGER | : | Bankruptcy No. 23-22310-GLT |
| Debtor(s) | : | |
| | : | Chapter 13 |
| WILLIAM J. SINGER | : | |
| Movant (s) | : | |
| | : | Related to Document No. 55 |
| v. | : | |
| | : | |
| AD HAWK SOLUTIONS INC. | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF NOTIFICATION OF DEBTOR'S
SOCIAL SECURITY NUMBER AND ORDER GRANTING AMENDED WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) MAY 15, 2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: FIRST CLASS MAIL

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

AD Hawk Solutions Inc.
Attn: Payroll Manager
10051 Dingman Road
Guys Mills, PA 16327
Via first class mail

                                  By: /s/ Michael C. Eisen
                                          Michael C. Eisen, Esquire
                                          PA ID #74523
                                          M. EISEN & ASSOCIATES, P.C.
                                          404 McKnight Park Drive
                                          Pittsburgh, PA  15237
                                          412-367-9005
                                          attorneyeisen@yahoo.com