IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 23-22310-GLT |
| William J. Singer | : | |
| Debtor | : | Chapter 13 |
| _____ | : | |
| William J. Singer | : | Related to Docket No. 58 |
| Movant | : | |
| vs. | : | |
| | : | |
| Select Portfolio Servicing Inc. | : | |
| | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE FOR THE LOSS MITIGATION ORDER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) May 20, 2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  ELECTRONIC NOTIFICATION AND FIRST CLASS MAIL

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Office of the U.S. Trustee
Ste 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
Via electronic notification

Ronda J. Winnecour, Esq.
Ste 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
Via electronic notification

William Singer
1103 Liberty Ave
Natrona Heights, PA 15065
Via first class mail

Denise Carlon, Esq.
KML Law Group PC
701 Market Street, Ste 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com
Via electronic notification and
first class mail

Select Portfolio Servicing Inc.
Attn: Loss Mitigation Department
PO Box 65250
Salt Lake City, UT 84165
Via first class mail

By:       /s/ Michael C. Eisen
          Michael C. Eisen, Esquire
          PA ID #74523
          M. EISEN & ASSOCIATES, P.C.
          404 McKnight Park Drive
          Pittsburgh, PA  15237
          412-367-9005
          attorneyeisen@yahoo.com