**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
WILLIAM J. SINGER                                                Case No. 23-22310GLT

                          Debtor(s)
                                                                 Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

                          Movant                                 Document No __
                    vs.
LAUNCH SERVICING LLC

                       Respondents

## NOTICE OF FUNDS ON RESERVE

  The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

  The creditor has informed the Trustee that the account has been assigned to .  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.


  CREDITOR HAS RETURNED FUNDS INDICATING THE LOAN IS SERVICED BY TCM.

LAUNCH SERVICING LLC                          Court claim# NC/Trustee CID# 3
C/O ASCENT
PO BOX 91910
SIOUX FALLS, SD 57109


The Movant further certifies that on 07/18/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                                 /s/ Ronda J. Winnecour
                                                                 RONDA J WINNECOUR PA ID #30399
                                                                 CHAPTER 13 TRUSTEE WD PA
                                                                 600 GRANT STREET
                                                                 SUITE 3250 US STEEL TWR
cc:  debtor(s)                                                   PITTSBURGH, PA  15219
     original creditor                                           (412) 471-5566
     putative creditor                                           cmecf@chapter13trusteewdpa.com
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>WILLIAM J. SINGER, 1103 LIBERTY AVE, NATRONA HEIGHTS, PA  15065 | DEBTOR'S COUNSEL:<br>MICHAEL C EISEN ESQ, M EISEN AND ASSOCIATES PC, 404 MCKNIGHT PARK DR, PITTSBURGH, PA  15237 |
| ORIGINAL CREDITOR:<br>LAUNCH SERVICING LLC, C/O ASCENT, PO BOX 91910, SIOUX FALLS, SD  57109 | :<br>TURNSTILE CAPITAL MANAGEMENT LLC (TCM), 402 W BROADWAY #2000, SAN DIEGO, CA  92101 |
| NEW CREDITOR: | |