# Notice Recipients

District/Off: 0315–2         User: auto         Date Created: 3/14/2025
Case: 23–22310–GLT          Form ID: 309a      Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020–1
                                                                                                          TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com
aty         Brent J. Lemon             blemon@kmllawgroup.com
aty         Denise Carlon              dcarlon@kmllawgroup.com
aty         Jeffrey Hunt               ecfpeoples@grblaw.com
aty         Michael C. Eisen           attorneyeisen@yahoo.com
                                                                                                          TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          William J. Singer      1103 Liberty Ave      Natrona Heights, PA 15065
cr          Peoples Natural Gas Company LLC      GRB Law      c/o Jeffrey R. Hunt, Esquire      525 William Penn Place, Suite 3110      Pittsburgh, PA 15219 UNITED STATES
sp          Lois M. Vitti      Vitti Law Group      663 Fifth Street      Oakmont, PA 15139
15652426    American Express      PO Box 981537      El Paso, TX 79998
15670668    American Express National Bank      c/o Becket and Lee LLP      PO Box 3001      Malvern PA 19355–0701
15652427    Capital One      PO Box 30285      Salt Lake City, UT 84130
15666672    Capital One N.A.      by American InfoSource as agent      PO Box 71083      Charlotte, NC 28272–1083
15673992    Federal Home Loan Mortgage Corporation, at. el      c/o Select Portfolio Servicing, Inc.      P.O. Box 65250      Salt Lake City UT 84165–0250
15652428    Geraldine M. Linn, Esq.      KML Law Group PC      701 Market Street, Ste 5000      Philadelphia, PA 19106
15652429    IRS      PO Box 7346      Philadelphia, PA 19101
15652430    Launch Servicing LLC      PO Box 91910      Sioux Falls, SD 57109
15655823    PA Department of Revenue      Bankruptcy Division      PO Box 280946      Harrisburg, PA 17128–0946
15661784    Peoples Gas      PO Box 535323      Pittsburgh, PA 15253
15659894    Peoples Natural Gas Company LLC      GRB Law      c/o Jeffrey R. Hunt, Esquire      525 William Penn Place, Suite 3110      Pittsburgh, PA 15219
15652431    Select Portfolio Servicing Inc.      Attn: Bankruptcy Dept      PO Box 65250      Salt Lake City, UT 84165
                                                                                                          TOTAL: 15