**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM J. SINGER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:23-22310 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/31/2023 and confirmed on 01/08/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,354.20 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,354.20 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,456.07 | |
|     Trustee Fee | 441.25 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,897.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5995 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 3,510.82 | 0.00 | 3,510.82 |
|     Acct: 5995 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 28,252.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 5995 | | | | |
|   LAUNCH SERVICING LLC | 19,000.00 | 241.32 | 380.00 | 621.32 |
|     Acct: | | | | |
| | | | | 4,132.14 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J. SINGER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 4,500.00 | 2,456.07 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 4,093.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 7540 | | | | |

| 23-22310 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 421.99 | 0.00 | 0.00 | 0.00 |
| Acct: 1935 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 324.74 | 0.00 | 324.74 |
| Acct: 0828 | | | | |
| | | | | 324.74 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 10,270.98 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 644.65 | 0.00 | 0.00 | 0.00 |
| Acct: 4854 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,932.77 | 0.00 | 0.00 | 0.00 |
| Acct: 7829 | | | | |
| PA DEPARTMENT OF REVENUE* | 19.55 | 0.00 | 0.00 | 0.00 |
| Acct: 1935 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 4,456.88 |
|---|---|---|

TOTAL CLAIMED
PRIORITY              4,515.03
SECURED              47,252.99
UNSECURED            12.867.95

Date: 04/03/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com